IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JERAMIE JOHN LARGE,<br><br>                Plaintiff,<br><br>v.<br><br>MIKE SMITH et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-452-TC<br><br>District Judge Tena Campbell |

As an inmate, Plaintiff filed a civil complaint, (ECF No. 4), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2021), (ECF No. 3). However, Plaintiff has not followed the Court's July 29, 2021 Order, (*id*.), to file within thirty days "a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *See id.* § 1915(a)(2). Also, Plaintiff has not met his responsibility to keep the Court updated on his location. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number."). Indeed, the Court's order was returned to sender, marked, "NO LONGER AT THIS ADDRESS." (ECF No. 5-1.)

Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 5th day of October, 2021.

BY THE COURT:

*Tena Campbell*
JUDGE TENA CAMPBELL
United States District Court